**JUDGE CHIN**

**'07 CIV 9691**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOODWILL INDUSTRIES OF SOUTH FLORIDA, INC., on behalf of itself and all others similarly situated  Plaintiff,<br><br>-v-<br><br>WILLIAM PRYM GMBH & CO., KG; et al.  Defendant. | Case No. <br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GOODWILL INDUSTRIES OF SOUTH FLORIDA, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 10/31/2007

Signature of Attorney

Attorney Bar Code: RK-3100

Form Rule7_1.pdf  SDNY Web 10/2007