CHIN, J

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2007
```

GOODWILL INDUSTRIES OF SOUTH
FLORIDA, INC., on behalf of itself and all others
similarly situated,

v.

WILLIAM PRYM GMBH & CO., KG; et al.

Civil Action No.
07-CIV-9691

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO
CLASS ACTION COMPLAINT**

COME NOW Plaintiff and Defendant Scovill Fasteners, Inc., in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendant must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendant in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendant will file its answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendant has not waived its rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 29th day of November, 2007.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
Attorneys for Plaintiff

By: _____
Robert N. Kaplan

SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
Attorneys for Defendant

By: _____
Laura E. Woodson
*(request for admission
pro hac vice to be filed)*

SO ORDERED
November __, 2007.

_____
Hon. Denny Chin
12/3/07