# MEMO ENDORSED

*Citing 5*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOODWILL INDUSTRIES OF SOUTH FLORIDA, INC., on behalf of itself and all others similarly situated,<br><br>v.<br><br>WILLIAM PRYM GMBH & CO., KG; et al. | Civil Action No. 07-CIV-9691 |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants Coats plc and Coats North America de Republica Dominicana, Inc., in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 29th day of November, 2007.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

By: _____
Linda P. Nussbaum

Attorneys for Plaintiff

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

By: _____
Joseph Wayland

Attorneys for Defendants Coats plc and Coats
   North America de Republica Dominicana, Inc.

SO ORDERED
~~November~~ ___, ~~2007~~:

_____
Hon. Denny Chin

12/3/07