CHIN, J

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOODWILL INDUSTRIES OF SOUTH FLORIDA, INC., on behalf of itself and all others similarly situated,<br><br>v.<br><br>WILLIAM PRYM GMBH & CO., KG; et al. | Civil Action No.<br>07-CIV-9691 |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**

COME NOW Plaintiff and Defendants Prym Consumer USA Inc. and Prym Fashion, Inc. (the "US Prym Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the US Prym Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by the US Prym Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, the US Prym Defendants will file their answers or responsive pleadings, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, the US Prym Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 29th day of November, 2007.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
Attorneys for Plaintiff

By: *[signature]* Linda P. Nussbaum (LN 9336)

WEIL, GOTSHAL & MANGES LLP
Steven A. Reiss
Scott Martin (SM 7373)
Christopher V. Roberts
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Attorneys for the US Prym Defendants

By: *[signature]* Scott Martin (SM 7373)

SO ORDERED
~~November~~, ~~2007~~

*[signature]*
Hon. Denny Chin

12/3/07