**MEMO ENDORSED**

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F: 12/17/2007

DIRECT DIAL NUMBER
212-455-3203

E-MAIL ADDRESS
jwayland@stblaw.com

BY HAND DELIVERY

December 7, 2007

Re: *Goodwill Industries of South Florida, Inc. v. William Prym GmbH & Co., KG, et al.* (07cv9691)

The Honorable Denny Chin
Federal District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St., Room 1020
New York, N.Y. 10007

DEC 1 0 2007

Dear Judge Chin:

We write on behalf of the Coats Defendants[1] in the above-referenced action. We have also been advised by counsel for all the defendants that have filed appearances in these cases that they join in the below request.[2]

We understand that a status conference has been scheduled in the above-referenced action and all related actions for December 18, 2007. These cases are among at least fifteen similar cases that have been filed in three judicial districts. As we noted in our letter dated December 4, 2007, two separate groups of plaintiffs have filed competing

---

[1] The Coats Defendants in these actions are Coats plc and Coats North America de Republica Dominicana, Inc.

[2] YKK Corporation of America, Inc., YKK (U.S.A.), Inc., YKK Snap Fasteners America, Inc., Prym Consumer USA, Inc., Coats plc, Coats Holdings, Inc., Coats North America de Republica Dominicana, Inc., and Scovill Fasteners, Inc.

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    BEIJING    HONG KONG    LONDON    TOKYO

SIMPSON THACHER & BARTLETT LLP

The Honorable Denny Chin     -2-     December 7, 2007

motions before the Judicial Panel on Multidistrict Litigation to transfer and consolidate these cases. To our knowledge all of the parties agree that transfer and consolidation of these actions in one district is appropriate. The sole disagreement is the proper venue – New York (which we favor) or Pennsylvania. The parties are currently in the midst of briefing these motions before the MDL Panel. For this reason, we, respectfully, would think that a status conference at this time would be premature. If the Court, however, is of the view that a status conference would be useful, we would of course be available on December 18th or at the Court's convenience.

We therefore respectfully request that any status conference be deferred until after a ruling by the MDL Panel but remain available, at the Court's convenience, to discuss any of these issues.

Respectfully submitted,

Joseph F. Wayland

cc: Peter E. Halle, Esq. (via email)
John Despriet, Esq. (via email)
Scott Martin, Esq. (via email)
Linda Nussbaum, Esq. (via email)
David S. Stellings, Esq. (via email)
Eric B. Fastiff, Esq. (via email)
Benjamin Johns, Esq. (via email)
Ronen Sarraf, Esq. (via email)
Michael Buchman, Esq. (via email)

*Application GRANTED. The PTC is adjourned, sine die. SO ORDERED.*

*/s/ DJ 12/17/07*